UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR LOBKOV; VERA
LOBKOV,

                                             NO. CIV. S-10-1284 LKK/KJN

       Plaintiffs,

    v.

WASHINGTON MUTUAL BANK, F.A.;
QUALITY LOAN SERVICE CORP.;
JPMORGAN CHASE BANK, N.A.;
and DOES 1 through 250,
inclusive,

                                 O R D E R

       Defendants.

_____/

     It has come to the court's attention that the court has opened a minimal account for his daughter with Washington Mutual Bank. Upon review and consideration of the case, the court determines that this interest presents no conflict in the fair adjudication of the case and that recusal is not necessary.

     IT IS SO ORDERED.

     DATED:  June 2, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT