1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VIKTOR LOBKOV, VERA LOBKOV,

11              Plaintiffs,                    No. 2:10-cv-01284 LKK KJN PS

12        vs.

13   WASHINGTON MUTUAL BANK, F.A.
     et al.,
14              Defendants.                    ORDER

15   _____/

16          Plaintiffs Viktor Lobkov and Vera Lobkov filed a document on August 4, 2010,

17   entitled Plaintiffs' Dismissal of Complaint Without Prejudice which states plaintiffs desire to

18   dismiss this case without prejudice.  (Dkt. No. 16.)  The court construes this filing as a notice of

19   voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

20          Accordingly, IT IS HEREBY ORDERED that:

21          1.   The Findings and Recommendations issued on August 3, 2010 (Dkt. No.

22   14), are hereby vacated;

23          2.   This action is dismissed pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i);

24   ////

25   ////

26   ////

1

1          3.    All pending dates are hereby vacated and the Clerk of Court is directed to

2  close this case.

3  DATED:  August 11, 2010

 

 

 

 

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE